In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-360 CR


NO. 09-06-361 CR


NO. 09-06-362 CR


NO. 09-06-363 CR


____________________



CHARLES EDWIN TOUSSAINT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 95369, 95370, 96129, and 97982






 MEMORANDUM OPINION 


 In four proceedings below, Charles Edwin Toussaint was convicted and sentenced on
indictments for possession of a controlled substance and delivery of a controlled substance. 
Toussaint filed notices of appeal on August 7, 2006. The trial court entered a certification
of the defendant's right to appeal in which the court certified that these are plea-bargain cases
and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's
certification has been provided to the Court of Appeals by the district clerk.

 On August 25, 2006, we notified the parties that the appeals would be dismissed
unless amended certifications were filed within thirty days of the date of the notice and made
a part of the appellate record in each case. See Tex. R. App. P. 37.1. The records have not
been supplemented with amended certifications.

 Because certifications that show the defendant has the right of appeal has not been
made part of the record, the appeals must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered October 4, 2006 

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.